JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYMOND HOWARD CARLSON, | ) | Case No. SACV 09-0181-CJC(RC) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the complaint and action be dismissed without prejudice.

DATED: November 16, 2009

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

R&R-MDO\09-0181.JUD
10/26/09